UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>BLUE IVY, LLC,<br><br>      Debtor | Chapter 11<br>Case No. 26-11363-JEB |
| In re<br><br>GREAT MARSH BREWING<br>COMPANY,<br><br>      Debtor | Chapter 11<br>Case No. 26-11364-JEB |

**Order Granting Debtors' Motion for Joint Administration**

This matter came before the Court on the Motion by the Debtors for Joint Administration (the "Motion"). By the Motion, the debtors, Blue Ivy, LLC, and Great Marsh Brewing Company, sought an order authorizing joint administration of the above-captioned related cases (the "Chapter 11 Cases") pursuant to Bankruptcy Rule 1015(b) and MLBR 1015-1(a). Having reviewed the Motion and good cause being shown, IT IS ORDERED THAT:

1.      The Motion is GRANTED as provided by this Order.

2.      The Chapter 11 Cases shall be jointly administered by the Court, for procedural purposes only, under Case No. 26-11363.

3.      All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Blue Ivy, LLC, Case No. 26-11363 and that case alone, except for: (i) the schedules, statement of financial affairs, list of equity security holders, and matrix for each debtor, (ii) any amendments to the foregoing documents, which shall be filed in the respective debtor's case, and (iii) proofs of claim which shall be filed by creditors in the chapter 11 case of the particular debtor that is indebted to such creditor.

4.      Any motion or other request for relief filed in one of the jointly administered cases must specify the debtor or debtors concerning whom relief is sought.

5.      The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 26-11363-JEB |
| BLUE IVY, LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |

6.      The Debtor, Blue Ivy, LLC, shall by **June 26, 2026**, serve this Order on: (i) the Office of the United States Trustee for the District of Massachusetts; (ii) the holders of the twenty (20) largest unsecured claims against the Debtors; (iii) the taxing authorities; and (iv) all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

7.      The Debtors are authorized to use a combined service list for the Chapter 11 Cases.

8.      Nothing in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 estates.

Dated: June 23, 2026

_____
Janet E. Bostwick
United States Bankruptcy Judge

2