

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Great Marsh Brewing Company | Ch. 11 |
| | | 26-11364-JEB |
| | Debtor | |

**Order**

**MATTER:**

#25 Motion filed by Debtor Great Marsh Brewing Company to Extend Time to File Documents Re: [3] Order to Update

Granted as follows. The time for the Debtor to file its schedules, summary of assets and liabilities, statement of financial affairs, and disclosure of attorney compensation is extended to **July 1, 2026**.

Dated: 06/25/2026                    By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge